```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL ARESU PHOTOGRAPHY, INC. a New York Corporation, individually and as the representative of a class of similarly situated persons

    Plaintiff,

against

INNERVISION, LLC d/b/a/ SHERMCO VENDING, JONATHAN SHERMAN, and JOHN DOES 1-10

    Defendants.

Case No. 17-cv-9733

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**THE MATTER IN DIFFERENCE** in the above-entitled action having been amicably resolved by and between Paul Aresu Photography, Inc. ("Plaintiff"), by way of its counsel Shaked Law Group, P.C., and Innervision, LLC d/b/a Shermco Vending and Jonathan Sherman ("Defendants"), by way of counsel, Gibbons P.C., it is hereby stipulated and agreed that all claims asserted in Plaintiff's Complaint be and the same are hereby dismissed with prejudice and without costs against any party.

Dated: February 8, 2018

Dan Shaked, Esq.
SHAKED LAW GROUP, P.C.
44 Court St., Suite 1217
Brooklyn, New York 11201
(917) 373-9128
*Counsel for Plaintiff*

Michael R. McDonald, Esq.
Jeffrey A. Palumbo, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
*Counsel for Defendants*

**SO ORDERED:**

_____
U.S.D.J.

2-15-18